■ ETTA S. BOHM, Respondent-Appellant, v ALEX A. BOHM et al., Appellants-Respondents.—In an action *inter alia* to declare the nullity of a Mexican divorce decree, the parties cross-appeal from stated portions of a judgment of the Supreme Court, Westchester County, dated September 10, 1974, which, *inter alia,* declared the nullity of the said decree. Judgment modified, on the facts, by reducing the counsel fee awarded in the fourth decretal paragraph thereof to $5,000. As so modified, judgment affirmed insofar as appealed from, without costs. The counsel fee awarded was excessive to the extent indicated herein. Rabin, Acting P. J., Latham, Cohalan, Margett and Brennan, JJ., concur.